# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Suzan Bumgarner, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:12-cv-00138-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 22, 2013 Order.

July 22, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court